FILED

Name: Abanoob Abdel-Malak
Address: 12159 Harvest Avenue
Norwalk, CA 90650
Phone: (310) 776-5915
Fax: N/a

In Pro Per

2021 MAY 27 AM 10:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ JB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

People of the State of California,
                                Plaintiff
v.
Abanoob Mounir Malak,
                                Defendant(s).

CASE NUMBER:

2:21CR260-AB

Notice of Removal of State Criminal Prosecution Pursuant 28 U.S.C. §1455; 1443; 1651; Leave To Amend; Memorandum In Support.

(Enter document title in the space provided above)

Jury Trial Demanded

To the Clerk of The Court;

Defendant Abanoob files this notice of removal and memorandum in support pursuant to 28 U.S.C 1455; 1443; 1651 for an All Writs Act Injunction; please see attached forms.

**2 West's Fed. Forms, District Courts-Civil § 2:48 (5th ed.)**

West's Federal Forms | May 2020 Update
District Courts-Civil
Jay E. Grenig[a0]

Chapter 2. Removal of Cases from State Court to Federal District Court
III. Forms
A. Notice of Removal

## § 2:48. Criminal prosecution against person denied civil rights—Attempting to obtain service at public accommodation [28 U.S.C.A. § 1443]

[Caption]

**NOTICE OF REMOVAL**

Defendant *[name of defendant]* files this Notice of Removal of the above-described action to the United States District Court for the *[name of district]* District of *[name of state]* from the *[name of state court]* where the action is now pending as provided by Title 28, U.S. Code, Chapter 89 and states:

1. The Defendants are presently at liberty on bail and are charged with violating V.C. 2&c2 *[specification of statute]*. Defendants were arrested by members of the Police Department of Fontana, CA *[name of city]*, and their arrests were effected for the sole purpose of aiding, abetting, and perpetuating customs, and usages having deep historical and psychological roots in the mores and attitudes which exist within *[name of city]* with respect to serving and seating members of the African-American race in such places of public accommodation and convenience upon a racially discriminatory basis and upon terms and conditions not imposed upon members of the so-called white or Caucasian race. Members of the so-called white or Caucasian race are similarly treated and discriminated against when accompanied by members of the African-American race.

*[handwritten: Abunaes Maui Malek    April 4, 2021]*

2. Defendants, *[names of defendants]*, were arrested on *[date of arrest]*, when they sought to obtain service, food, entertainment, and comfort at *[name of place]*, a privately owned restaurant opened to the general public. The following named Defendants were arrested at *[name of place]* and charged by special presentment of *[specification of date]* Grand Jury of *[name of county]*, *[name of state]*, with violating the above-mentioned statute: *[names and dates of alleged violations]*.

*[handwritten: Page 2]*

The defendants *[names of defendants]* were arrested on *[date of arrest]*, when they sought to obtain service, food, entertainment, and comfort at *[name of place]* a privately owned restaurant opened to the general public. Additionally, the following named defendants were arrested at *[name of place]* a privately owned restaurant, and charged by special presentment of the Grand Jury of *[name of county]*, *[name of state]* with violating the above-mentioned statute: *[names and dates of alleged violations]*. *[Statement of similar allegations as to additional defendants]*.

3. Following Defendants' arrests, as described above, the *[name of county]* County Grand Jury returned special presentments against Defendants charging them with violating *[specification of statute]* above. The cases of *[citation of cases]* growing out of the arrests and special presentments, are presently pending in the *[name of state court]*, to be heard during the week of *[specification of date]* through *[specification of date]*, the first case to be called for trial at *[time of trial]* on *[date of trial]*.

4. By virtue of 28 U.S.C.A. § 1443, this court has jurisdiction to hear and try the charges now pending against Defendants. Removal is sought to protect the rights guaranteed the defendants under the due process and equal protection clauses of Section 1, Fourteenth Amendment of the Constitution of the United States and to protect the right of free speech, association, and assembly guaranteed by the First Amendment of the Constitution of the United States and §§ 201 and 204 of the Civil Rights Act of 1964 (42 U.S.C.A. §§ 2000a, 2000a-2), a law providing for equal civil rights and for specific civil rights stated in terms of racial equality. Moreover, Defendants are being prosecuted for acts done under color of authority derived from the constitution and laws of the United States and for refusing to do an act that was, and is, inconsistent with the Constitution and Laws of the United States.

5. Defendants are denied and/or cannot enforce in the *[name of state court]* rights under the Constitution and Laws of the United States providing for the equal rights of citizens of the United States and all persons within the jurisdiction thereof, in that, among other things, *[name of state]* by statute, custom, usage, and practice supports and maintains a policy of racial discrimination.

6. Since Defendants are at liberty on bond, this court is not required to issue its writ of habeas corpus to bring the defendants before the court.

7. Defendants will give written notice of the filing of this notice as required by 28

Page 3

U.S.C.A. § 1446(d).

8. A copy of this notice will be filed with the clerk of the *[name of state court]* as required by 28 U.S.C.A. § 1446(d).

WHEREFORE, Defendants request that this action proceed in this court as an action properly removed to it.

Dated: *[date of notice]* May 26, 2021

Ava Malak

*[Name of attorney]* Abarcob Abdel-Malak
Attorney for Defendants
*[Bar number of attorney]*
*[Address of attorney]* 12155 Harvest Ave, Norwalk, CA 90650
*[Telephone number of attorney]* (310) 776-5445
*[Fax number of attorney]*
*[Email address of attorney]* ava@sinville.com

## Notes

## Comment:

This form is adapted from the Petition for Removal used in State of Ga. v. Rachel, 384 U.S. 780, 86 S. Ct. 1783, 16 L. Ed. 2d 925 (1966). In that case the petition was held sufficient without specific reference to the Civil Rights Act of 1964.

### Treatises and Practice Aids

- Wright and Miller's Federal Practice and Procedure, Jurisdiction and Related Matters §§ 3701 to 3740

Westlaw. © 2020 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

### Footnotes

a0   Professor of Law, Marquette University Law School.

End of Document   © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Page 4

Westlaw. © 2020 Thomson Reuters | Privacy Statement | Accessibility | Supplier Terms | Contact Us | 1-800-REF-ATTY (1-800-733-2889) | Improve Westlaw | THOMSON REUTERS

https://1.next.westlaw.com/Document/Id61636dc81f811e4a3d9c4d2ba10...toc&transitionType=CategoryPageItem&contextData=%28sc.Default%29   Page 3 of 3